IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY JONES, AIS #165087 )<br>　Plaintiff, )<br>)<br>v. )<br>)<br>RICKEY LYONS, et al., )<br>　Defendants. ) | CIVIL ACTION 15-00431-KD-N |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 9, 2017 is **ADOPTED** as the opinion of this Court such that: 1) summary judgment is **GRANTED** in favor of defendants Rickey Lyons and Jennifer Austin such that Plaintiff's claims against them (and these defendants) are **DISMISSED with prejudice**; and 2) summary judgment is **DENIED**, at this time, as to defendants Dubose, Gray, Abston, Phifer, and Harris.

**DONE** and **ORDERED** this the **29th** day of **August 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**