IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY JONES, AIS #165087         )<br>     Plaintiff,                              )<br>                                              )<br>v.                                          )<br>                                              )     CIVIL ACTION 15-00431-KD-N<br>RICKEY LYONS, et al.,             )<br>     Defendants.                         ) | |

## ORDER

This matter is before the Court on Plaintiff Larry Jones' counsel's Motion for Reimbursement. (Doc. 84).[1]

Specifically, on September 11, 2017, the undersigned granted Plaintiff's motion for appointment of counsel and pursuant to the Special Attorney Admission Fund (Fund), appointed Henry H. Brewster as counsel for Plaintiff, an Alabama prisoner proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. (Doc. 69). On March 29, 2018, Brewster filed a motion for reimbursement (and supporting documentation) from the Fund for: $324.93 in travel expenses; $5.00 in parking expenses; $64.29 for car rental expenses; $24.84 for gasoline; and $237.00 for ADOC subpoena expenses. (Doc. 84-1). A review of the submitted invoices totals $656.06, rather than $651.06 sought by counsel. The invoices support reimbursement of $656.06. These out of

---

[1] Counsel filed the motion *ex parte*. The Court is unaware of any basis for doing so. Thus, counsel's future requests for reimbursement should be filed in the normal manner.

pocket expenses also appear to have been reasonably incurred by counsel to travel to meet with his client, Plaintiff Larry Jones, at his place of incarceration.[2]

Upon consideration, counsel's motion is **GRANTED** and disbursement of **$656.06** from the Fund is authorized, made payable to Henry H. Brewster.

**DONE** and **ORDERED** this the **22nd** day of **March 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] This Court has created a Special Attorney Admissions Fund. S.D.ALA. Standing Order No. 16. "The Special Attorney Admission Fund [is] maintained…to compensate appointed counsel in civil rights actions for reasonably incurred expenses authorized by prior order of the Judge to whom the action is assigned." S.D. Ala. LR 67.1(a). One type of expenditure that can be made from the monies contained in the fund is "[r]eimbursement of pro bono counsel for out-of-pocket expenses, payment of compensation to pro bono counsel, and payment of witness fees and other expenses on behalf of indigent pro se civil litigants." S.D.ALA. Standing Order No. 16, Attached Plan for the Administration of the Special Attorney Admissions Fund, ¶ 5.F. The procedure for requesting and receiving payment from the Special Attorney Admissions Fund is as follows: "….(c)…Payments from the Fund require the order of the Chief District Judge or his/her designee, in an amount and with a priority determined by such District Judge in light of the condition of the Fund and any other pending or anticipated requests; (d)…All requests for payment from the Fund shall first be submitted in writing to the Judge assigned to the action. If the request is approved, the assigned Judge's written authorization shall then be forwarded to the Chief Judge or his/her designee for action in accordance with subsection (c) above." S.D. ALA. LR 67.1(c)-(d).

Additionally, pursuant to S.D.Ala. Civil Local Rule 67.1(d), when the assigned judge authorizes payment of funds from the Fund maintained by the Clerk of Court, that authorization is then forwarded to the Chief Judge for action. Here, the assigned judge and Chief Judge are one in the same. The Rule further provides that monies from the Fund are to be paid out on the Chief Judge's order, in such amounts and priorities as she shall determine. S.D. Ala. Civil LR 67.1(c).