# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LARRY JONES, AIS #165087 )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>RICKEY LYONS, et al., )<br>    Defendants. ) | CIVIL ACTION 15-00431-KD-N |

## ORDER

This matter is before the Court on Plaintiff' counsel's Motion for Reimbursement. (Doc. 122).

Specifically, on September 11, 2017, the undersigned granted Plaintiff's motion for appointment of counsel and pursuant to the Special Attorney Admission Fund (Fund), appointed Henry H. Brewster, Esq., as counsel for Plaintiff, an Alabama prisoner proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. (Doc. 69). On October 17, 2018, Brewster filed a motion for reimbursement (and supporting documentation) from the Fund for: $186.80 in expenses. (Docs. 122, 122-1). A review of the submitted invoices supports reimbursement. The out of pocket expenses also appear to have been reasonably incurred by counsel to: travel to meet with his client Plaintiff Larry Jones at his place of incarceration (and meals) ($50.02); for related car rental expenses for that trip ($91.28); and for copying expenses related to the subpoena issued to the State of Alabama Department of Corrections ($45.50).

Upon consideration, counsel's motion is **GRANTED** and disbursement of **$186.80** from the Fund is authorized, made payable to Henry H. Brewster, Esq..

**DONE** and **ORDERED** this the **18th** day of **October 2018.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**